**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JONAH MOORE,

                Plaintiff,                Case Number: 2:10-CV-13053

v.                                          HONORABLE NANCY G. EDMUNDS

PATRICIA L. CARUSO and MICHIGAN
DEPARTMENT OF CORRECTIONS,

                Defendants.
                                          /

## **ORDER OF TRANSFER**

This is a civil rights case filed under 42 U.S.C. § 1983. Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6th Cir. 1990). Defendants are located in Lansing, Michigan, which is in Ingham County. Ingham County is located in the Western District of Michigan. *See* 28 U.S.C. § 102(b). The defendants reside and the claims arose in the Western District of Michigan. *See id.* Therefore, venue is not appropriate in this district.

Accordingly, the Court transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Southern Division and ORDERS the Clerk of the Court to transfer the Court file to the Western District of Michigan, Southern Division.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: August 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 9, 2010, by electronic and/or ordinary mail.

                                            s/Carol A. Hemeyer
                                            Case Manager